**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF CONNECTICUT**

```
NEDA CLARK,                         :
   plaintiff,                       :
                                    :
      v.                            : Civ.No 3:12CV1615(AVC)
                                    :
DYNAMIC RECOVERY SERVICES,          :
INC.,                               :
   defendant.                       :
```

## DEFAULT JUDGMENT

Default as to the defendant, Dynamic Recovery Services, Inc., pursuant to Federal Rule of Civil Procedure 55(a), having entered, the plaintiff, Neda Clark, having applied for default judgment, as provided by federal rule 55(b)(2) and the plaintiff, having demonstrated by satisfactory evidence, through exhibits and affidavits, that she is entitled to judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Judgment shall enter in favor of the plaintiff and against the defendant in the amount of $1,000 in statutory damages, plus attorney's fees in the amount of $3,949.50, for a total judgment of **$4,949.50**.

So ordered this 22nd day of October, 2013 at Hartford, Connecticut.

                              ROBIN TABORA, Clerk


                              By: ___/ s/_____
                              Renee Alexander
                              Deputy Clerk